IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BRENT GOOD, | Cause No. CV-18-80-BU-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| DONOVAN SKIDSTAD, STATE OF MONTANA DEPARTMENT OF TRANSPORTATION, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and PROGRESSIVE UNIVERSAL INSURANCE COMPANY, | |
| Defendants. | |

Pursuant to Progressive Universal Insurance Company's Unopposed Motion to Excuse Lead Trial Counsel from attending Preliminary Pretrial Conference, and for good cause appearing,

IT IS HEREBY ORDERED that Thomas C. Bancroft of Nelson Law Firm, P.C., may attend the Preliminary Pretrial Conference set for Thursday, February 28, 2019 at 1:30 p.m. in Great Falls in place of Randall G. Nelson.

DATED this 20th day of February, 2019.

_____
Brian Morris
United States District Court Judge