IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BRENT GOOD,<br><br>Plaintiff,<br><br>- v -<br><br>DONAVAN SKIFSTAD, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and PROGRESSIVE UNIVERSAL INSURANCE COMPANY,<br><br>Defendants. | CV 18-80-BU-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO APPEAR VIA VIDEO CONFERENCE** |

Upon Unopposed Motion of Defendant Donavan Skifstad, and for good cause shown; IT IS HEREBY ORDERED that Defendant Skifstad's counsel will appear via video conference from Billings, Montana at the hearing in this matter scheduled for April 17, 2019 at 1:30 p.m. Defendant Skifstad's counsel is directed to arrange for and pay the cost of appearing via video conference.

DATED this 11th day of April, 2019.

_____
Brian Morris
United States District Court Judge