# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| BRENT GOOD<br><br>    Plaintiff,<br><br>v.<br><br>DONAVAN SKIFSTAD and<br>PROGRESSIVE UNIVERSAL<br>INSURANCE COMPANY,<br><br>    Defendants. | CV-18-80-BU-BMM<br><br>**ORDER** |

Plaintiff Brent Good filed a Motion in Limine on February 6, 2019. (Doc. 14.) Defendant Donavan Skiftstad filed his response on February 20, 2019. (Doc. 29.) The Court conducted a hearing on the instant motion on April 17, 2019. (Doc. 43.) Skiftstad was represented via video by Jesse Myers. *Id*. Good was represented by Drew Blewett. *Id*.

During the hearing, Myers referenced the case of *Sperry v. Montana State University*, 239 Mont. 251, 778 P.2d 895 (1989), in support of the definition of "release" as used in Montana Code Annotated § 27-1-703. Neither party had referenced *Sperry* in their initial briefing related to the motion in limine.

Accordingly, IT IS ORDERED that Good and Skifstad shall file supplemental briefing on whether the term "release" as defined by the Montana

Supreme Court in *Sperry* proves applicable to the term release as used in Montana Code Annotated § 27-1-703. Each party's supplemental brief shall be due on or before April 25, 2019 and shall not exceed 1,000 words.

DATED this 18th day of April, 2019.

_____
Brian Morris
United States District Court Judge