## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | | |
|---|---|---|
| BRENT GOOD, | ) | Cause No.: CV-18-BU-80-BMM |
| | ) | |
| Plaintiff, | ) | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| DONOVAN SKIFSTAD | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the above-entitled action is DISMISSED WITH PREJUDICE, each of the parties bearing their own attorneys' fees and costs.

DATED this 31st day of July, 2019.


_____
Brian Morris
United States District Court Judge